17R00098/SPC
AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Gmail (Google, Inc.)

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES DISTRICT COURT<br>113 ST. JOSEPH STREET<br>MOBILE, ALABAMA 36602 | Date and Time:<br><br>05/24/2017 8:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHMENT

Note: The party who requested your attendance as a witness is responsible for the payment of your attendance fee, mileage and expenses of subsistence as provided by Title 28, Para. 1821, U. S. Code.

Date:    05/04/2017



CLERK OF COURT   **CHARLES R. DIARD, JR.**

*Maria Payne*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA Sean P. Costello
63 S. Royal Street, Suite 600
Mobile, Alabama 36602 - Telephone: (251) 441-5845

Please contact Eric Day, Victim/Witness Coordinator, (251) 441-5845, prior to trial date regarding appearance dates, fees, travel, etc.

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment to Subpoena**

TO:    Gmail (Google, Inc)
        ATTN: Google Legal Investigations Support
        1600 Amphitheatre Parkway
        Mountain View, CA 94043
        Email: USLawEnforcement@google.com

For the below listed **Google email account**, please provide any and all records in accordance with the following, including data preserved in accordance with previous preservation requests:
- Subscriber name and address for the Google Accounts
- Date account was created and current account status
- Registration source IP address
- Log of login activity including date, time, and source IP address
- A complete list of all Google Services utilized by the account
- File names and metadata for any files stored under additional Google services to include Drive, Photos, Google+, Youtube, Wallet, and any other Google services in use.
- Any Google Accounts which utilize the below account as a secondary email address

## Dig.curr.2014@gmail.com

Please provide the information requested in electronic format if possible.

Responses and questions can be sent to:

    FBI Mobile

    200 North Royal Street

    Mobile, AL 36602

    Attn:  Special Agent James R. Hlavin, (251) 219-3518

    Email: jim.hlavin@ic.fbi.gov

PLEASE DO NOT NOTIFY THE ACCOUNT HOLDER OF THIS REQUEST OR SHUT DOWN OR FREEZE THE ACCOUNT AS A RESULT OF THIS REQUEST. THANK YOU.